1  EUGENE T. FRANKLIN (SBN: 124881)
   FRANKLIN EMPLOYMENT LAW GROUP
2  Attorneys at Law
   22762 Main Street
3  Hayward, California  94541
   Telephone: (510) 538-0969
4  Facsimile:  (510) 538-6502
   Email:      gfranklin3@sbcglobal.net

Attorneys for Plaintiff
JESUS A. HOLGUIN

JAMERSON C. ALLEN    (SBN: 132866)
CORTNEY L. MCDEVITT  (SBN: 241879)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile:  (415) 394-9401
Email:      allenj@jacksonlewis.com
            mcdevittc@jacksonlewis.com

Attorneys for Defendant
HDR ARCHITECTURE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Jesus A. Holguin, | ) Case No.: C 11-02244 EMC |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| v. | ) |
| HDR Architecture, Incorporated, a Nebraska Corporation and DOES 1 through 50, inclusive, | ) Complaint Filed: March 28, 2011<br>) Trial Date:      September 24, 2012 |
| Defendant. | ) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Settlement Agreement and General Releases between Defendant HDR ARCHITECTURE, INCORPORATED and Plaintiff JESUS A. HOLGUIN, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in

-1-
**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON  (CASE NO.: C 11-02244 EMC)**

the above-entitled action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Dated: November 8, 2011  FRANKLIN EMPLOYMENT LAW GROUP

/s/

By: _____
    EUGENE T. FRANKLIN

    Attorney for Plaintiff
    JESUS A. HOLGUIN

Dated: November 8, 2011  JACKSON LEWIS LLP

/s/

By:_____
   JAMERSON C. ALLEN
   CORTNEY L. MCDEVITT

   Attorneys for Defendant
   HDR ARCHITECTURE, INC.

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. N.D. Cal. Case No. C 11-02244 EMC, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: November 9, 2011

IT IS SO ORDERED

Judge Edward M. Chen

HON. _____
United States _____ Judge

-2-
**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON (CASE NO.: C 11-02244 EMC)**