EUGENE T. FRANKLIN (SBN: 124881)
FRANKLIN EMPLOYMENT LAW GROUP
Attorneys at Law
22762 Main Street
Hayward, California  94541
Telephone: (510) 538-0969
Facsimile:   (510) 538-6502
Email:        gfranklin3@sbcglobal.net

Attorneys for Plaintiff
JESUS A. HOLGUIN

JAMERSON C. ALLEN     (SBN: 132866)
CORTNEY L. MCDEVITT  (SBN: 241879)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile:   (415) 394-9401
Email:        allenj@jacksonlewis.com
                  mcdevittc@jacksonlewis.com

Attorneys for Defendant
HDR ARCHITECTURE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus A. Holguin,<br><br>        Plaintiff,<br><br>    v.<br><br>HDR Architecture, Incorporated, a Nebraska Corporation and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No.: C 11-02244 EMC<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br><br><br>Complaint Filed:  March 28, 2011<br>Trial Date:           September 24, 2012 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Settlement Agreement and General Releases between Defendant HDR ARCHITECTURE, INCORPORATED and Plaintiff JESUS A. HOLGUIN, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in

-1-
**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON  (CASE NO.: C 11-02244 EMC)**

the above-entitled action.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Dated:   November 8, 2011          FRANKLIN EMPLOYMENT LAW GROUP

/s/

By: _____
         EUGENE T. FRANKLIN

Attorney for Plaintiff
JESUS A. HOLGUIN

Dated:   November 8, 2011          JACKSON LEWIS LLP

/s/

By:_____
         JAMERSON C. ALLEN
         CORTNEY L. MCDEVITT

Attorneys for Defendant
HDR ARCHITECTURE, INC.

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. N.D. Cal. Case No. C 11-02244 EMC, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: November  9 , 2011

IT IS SO ORDERED
Judge Edward M. Chen

HON_____
United States _____ Judge

-2-
**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON  (CASE NO.: C 11-02244 EMC)**